UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NALANI ANDERSON,<br>　　　　Plaintiff,<br>　　v.<br>MONTEREY FINANCIAL SERVICES, LLC, et al.,<br>　　　　Defendants. | Case No. 18-cv-02040-DMR<br><br>**ORDER TO SHOW CAUSE** |

Defendant Monterey Financial Services, LLC filed a motion to dismiss Plaintiff Nalani Anderson's complaint on July 30, 2018. Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Defendant's motion was due on August 13, 2018, but no such opposition has been received. <u>Plaintiff Anderson is ordered to respond by August 31, 2018 and show cause for her failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing on September 13, 2018 is VACATED. A new hearing shall be set by the court if necessary. If Plaintiff Anderson does not respond by August 31, 2018, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 29, 2018



_____
Donna M. Ryu
United States Magistrate Judge